# EXHIBIT A

CAUSE NO. DC-24-18881

| | | |
|---|---|---|
| **MANGOCEUTICALS, INC.,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **298TH DISTRICT COURT** |
| | § | |
| **ACCELERATED DIGITAL MEDIA, LLC,** | § | |
| | § | |
| *Defendants*. | § | |
| | § | **DALLAS COUNTY, TEXAS** |

## <u>INDEX OF MATTERS BEING FILED</u>

In Cause No. DC-24-18881; *Mangoceuticals, Inc. v. Accelerated Digital Media, LLC*; in the 298th DC, Dallas County, Texas.

| Exhibit | Document Filed | Date Filed |
|---|---|---|
| A | Index of Matters Being Filed | ------------ |
| A-1 | Plaintiffs' Original Petition | 10/22/2024 |
| A-2 | Request for Issuance of Citation | 10/26/2024 |
| A-3 | Return of Service | 12/5/2024 |

DATED:  December 12, 2024

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Israel R. Silvas*
Christopher D. Kratovil
Texas Bar No. 24027427
CKratovil@dykema.com
Israel R. Silvas
Texas Bar No. 24051338
ISilvas@dykema.com
Daniel J. Hall
State Bar No. 24118946
DHall@dykema.com
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401

**ATTORNEYS FOR DEFENDANT
ACCELERATED DIGITAL MEDIA, LLC**